No. 2693. Honoré, Appellee, *v.* Toro, Appellant.—First District Court of San Juan. Mandamus. Motion for dismissal. Considering Act. No. 27 of November 27, 1917, Act No. 81 of June 26, 1919 and section 303 of the Code of Civil

Procedure, together with Rule 40 of this Court, and the decisions in *Mercado et al.* v. *Succession of Ferreiro*, 26 P. R. R. 433, *Belaval* v. *Córdova, District Judge*, 21 P. R. R. 509, and *Vieira & Co.* v. *Reyes*, 28 P. R. R. 74, the motion was sustained. *Dismissed.*